## (June 2, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CHARLES FIELDS, Respondent.—Motion by respondent to resettle the order of this court, dated December 22, 1975. Motion denied. On the court's own motion, its decision dated December 22, 1975 [50 AD2d 870] is amended by striking from its second paragraph the words "and the facts". Order entered December 22, 1975 on said decision amended accordingly. Gulotta, P. J., Latham, Christ and Shapiro, JJ., concur.

■ GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant, v MILTON KLIGLER et al., Respondents.—Motion by appellant for leave to appeal to the Court of Appeals from an order of this court dated March 8, 1976, which affirmed a judgment of the Supreme Court, Nassau County, entered November 5, 1975. Motion granted. In our opinion, certain questions of law have arisen which ought to be reviewed by the Court of Appeals. Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.